Error.

STATE v. G. K. BAGBY.

This was an APPEAL from the Mayor of the town of Beaufort, tried before *Bynum, J.,* at Fall Term, 1889, of CARTERET Superior Court.

The defendant was an itinerant dentist, and was indicted for practicing his profession without a license.

*The Attorney General* and *Mr. Charles R. Thomas,* for the State.

No counsel for the defendant.

MERRIMON, C. J.: We are unable to see any cause for this appeal. No error is assigned, and, upon examination, we find the record regular and unexceptionable. In such a case the judgment will be affirmed. *State* v. *Freeman,* 93 N. C., 558; *State* v. *Bell,* 103 N. C., 438.

Judgment affirmed.